No. 618. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 450, AFL–CIO *v.* CONSTRUCTION EMPLOYERS' ASSOCIATION OF TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 622. LYNCH, AS ATTORNEY GENERAL OF CALIFORNIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 623. TEXACO INC. *v.* BEALMER ET AL. C. A. 9th Cir. Certiorari denied.

No. 625. BIRMELIN *v.* BOYMER ET UX. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 627. THRIFTIMART, INC., DBA SMART & FINAL IRIS CO., ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 628. KAZUBOWSKI *v.* KAZUBOWSKI. Sup. Ct. Ill. Certiorari denied.

No. 629. GILDAY *v.* SCAFATI, CORRECTIONAL SUPERINTENDENT. C. A. 1st Cir. Certiorari denied.

No. 634. REYNOLDS *v.* GALBREATH ET AL. C. A. 2d Cir. Certiorari denied.

No. 635. P. F. COLLIER & SON CORP. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 637. PROBST *v.* UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION ET AL. C. A. 10th Cir. Certiorari denied.

No. 642. MENGARELLI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.